**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02293-LTB-KMT

SANDRA S. SEELY,

       Plaintiff,

v.

PAUL ARCHULETA and
ABF FREIGHT SYSTEMS, INC.,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Plaintiff's Unopposed Motion for Leave to Participate in Trial Preparation Conference by Telephone (Doc 64 - filed July 14, 2011) is **GRANTED**.  Counsel Tim LaFrance is directed to contact chambers (303-844-2527) with a land line phone number where he can be reached on Friday, July 22, 2011 at 9:30 a.m.

Dated: July 15, 2011
_____