IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02293-LTB-KMT

SANDRA S. SEELY,

        Plaintiff,

v.

PAUL ARCHULETA, and
ABF FREIGHT SYSTEMS, INC.,

        Defendants.

_____

ORDER
_____

      As further set forth on the record at the pretrial conference held on July 22, 2011, IT IS HEREBY ORDERED as follows:

      1. On or before August 15, 2011, the parties shall submit (a) any updated witness lists; (b) voir dire questions; (c) one hard copy of proposed jury instructions with annotations, objections, and a corresponding disk; (d) statement of case instructions; (e) hard copies of video-recorded depositions containing unresolved objections, if any; and (f) a short memo identifying unique evidentiary issues, if any.

      2. On or before August 5, 2011, Defendants may submit a response to Plaintiff's Motion *In Limine* Re: Credibility **[Doc #67]**.

Date: July 22, 2011 in Denver, Colorado.

                              BY THE COURT:

                              s/ Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE