IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy:  Laura Galera                    Date:  August 17, 2011
Court Reporter:      Kara Spitler

_____

Civil Case No.  08-cv-002293-LTB-KMT              Counsel:

SANDRA S. SEELY,                                             Joseph W. Kiel
                                                                            Timothy A. LaFrance (by phone)
         Plaintiff,
v.

PAUL ARCHULETA; and                                      Richard A. Bovarnick
ABF FREIGHT SYSTEMS, INC., a Delaware
Corporation,

         Defendants.


_____

COURTROOM MINUTES
_____

HEARING - MOTIONS

9:03 a.m.     Court in session.

Appearances of counsel.

Court's preliminary remarks.

Parties address the court.

**ORDERED:**  Plaintiff's Motion in Limine Re: Credibility [Docket No. 67] is GRANTED.

**ORDERED:**  Plaintiff's Motion in Limine Re: Plaintiff's Claim for Social Security
                    Disability Benefits [Docket No. 75] is GRANTED IN PART AND DENIED
                    IN PART.

1

**ORDERED:**  Plaintiff's Motion in Limine Re: Unfounded Disciplinary Complaints [Docket No. 76] is GRANTED.

**ORDERED:**  Plaintiff's submission of Transcripts of Videotaped Depositions for Ruling on Objections [Docket No. 77] is GRANTED.  The stated objections were ruled on as reflected on the record.

**ORDERED:**  Defendant's Paul Archuleta and ABF Freight Systems, Inc. Motion to Amend Defendant's Exhibit List [Docket No. 79] is DENIED.

**ORDERED:**  Plaintiff's Motion in Limine Re: Correlation Between Amount of Visible Property Damage and Potential for Injury [Docket No. 83] is DENIED.

**ORDERED:**   Plaintiff's Second Submission of Transcripts of Videotaped Depositions for Ruling on Objections [Docket No. 90] is GRANTED.  The stated objections were ruled on as reflected on the record.

Discussion regarding jury instructions, presence of plaintiff, availability of witnesses, exhibits, and trial procedures.

9:53 a.m.     Court in recess.

Hearing concluded.

Total Time: 00:50